IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Ohio National Life Assurance Corporation, | C.A. No. 1:05-cv-02626-RBH |
| Plaintiff, | |
| v. | **ORDER FOR DISBURSAL OF INTERPLEADER FUNDS** |
| Georgia M. Morris; Jo L. Reyes, individually and as legal guardian for Joshua A. Barrow, a minor under 18, and Sawyer M. Barrow, a minor under 18 formerly known as Jo L. Barrow; | |
| Defendant. | |

This matter is before the Court on the motion for disbursement of funds [Docket Entry #101] of Defendant, Georgia M. Morris. This case was an interpleader action filed on September 12, 2005, and involved the deposit of $243,937.57 in insurance proceeds with the Clerk of Court. On December 8, 2006, the Court entered an Order disbursing the insurance proceeds less $25,000.00, which the Court ordered held by the Clerk until the issue of attorney's fees was resolved. Ultimately, the issue of attorney's fees was never appealed. No party contacted the Court regarding the $25,000.00 of insurance proceeds being held by the Clerk of Court.

On February 3, 2015, the Court entered a Text Order directing the parties to file a position statement regarding the proper disbursement of the remaining $25,000.00. On February 13, 2015, Plaintiff, Ohio National Life Assurance Corporation, filed a reply to the Text Order indicating no position on the issue. On February 25, 2015, Defendant, Georgia M. Morris, filed a motion requesting that the funds, together with any accrued interest, be disbursed to Georgia

Morris. On February 27, 2015, counsel for Defendant, Jo L. Reyes, filed a reply indicating that Defendant Reyes agreed that the funds should be paid to Georgia M. Morris.

Accordingly, in the absence of any objection, Defendant's [Docket Entry #101] motion for disbursement of funds is **GRANTED**, and the Clerk of Court is ordered to disburse the remaining $25,000.00 of interpleader funds, together with any interest accrued, to Georgia M. Morris, Ziva P. Bruckner, and the law firm of Capers, Dunbar, Sanders, Bruckner and Bellotti, 2604 Commons Boulevard, August, Georgia 30909, ATTN: Ziva P. Bruckner, Esquire.

**IT IS SO ORDERED.**

R. Bryan Harwell
United States District Judge

Florence, South Carolina
DATED: February 27, 2015